IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERY LIVINGSTON GROSS, | ) |
| Plaintiff, pro se, | ) ) ) ) |
| | ) NO. 3:04-0230 |
| | ) JUDGE HAYNES |
| USAA CORPORATION, USAA PROPERTY AND CASUALTY INSURANCE GROUP, and USAA BANK, | ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 12) is **GRANTED** for this Court's lack of jurisdiction and Plaintiff's failure to state a claim upon which relief can be granted. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 12th day of October, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge